IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:98cr111LN

CLARENCE HONER

## ORDER TO UNSEAL DOCUMENT

CAME ON for consideration the motion of the United States of America to unseal the Motion and Order for Reduction of Sentence between the Government and defendant Clarence Honer setting forth the terms of the defendant's reduction of sentence to provide as discovery to the defense counsels in the criminal trial of U.S. v. Starsky Darnell Redd, et al only, and the Court, having been fully advised in the premises, finds that the motion is well-taken and should be granted, therefore:

IT IS HEREBY ORDERED that the Clerk of the Court unseal the Motion and Order for Reduction of Sentence entered between the Government and defendant Clarence Honer on or about the dates of September 17, 2002 and September 27, 2002, and to provide a copy for defense counsels in the criminal trial of U.S. v. Starsky Darnell Redd, et al and to seal thereafter.

SO ORDERED, this the 2nd day of March, 2006.

HONORABLE TOM S. LEE
UNITED STATES DISTRICT JUDGE